M. P. No. 73-188. IN RE Petition of WILLIAM J. O'COIN, JR. Petition of William J. O'Coin, Jr. for permission to take

the Rhode Island bar examination scheduled for July 24 and July 25, 1973 is granted. Joslin, J., not participating. *William J. O'Coin, Jr.*, petitioner, pro se.

